United States District Court
Central District of California
***AMENDED JUDGMENT (original sentence date 01/08/2001)***

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. CR 99-1168(A)-RSWL |
| Defendant Devron Townsend, aka "Goldie" | Social Security No. 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 |
| & Residence 6910 Kester Avenue, Apt 121 | MAILING ADDRESS: MDC, 535 N. Alameda St |
| Address Van Nuys, CA 91405 | Los Angeles, CA 90012 |

**JUDGMENT AND PROBATION/COMMITMENT ORDER**

In the presence of the attorney for the government, the defendant appeared in person, on this date: __06    23    2008__
                  Month / Day / Year

**COUNSEL:**    XX   WITH COUNSEL Callie Glanton-Steele, Deputy Federal Public Defender
                                    (Name of Counsel)

**PLEA:**    XX  GUILTY, and the Court being satisfied that there is a factual basis for the plea.    ___ NOLO CONTENDERE    ___ NOT GUILTY

**FINDING:**  There being a finding/verdict of __ GUILTY, defendant has been convicted as charged of the offense(s) of:

conspiracy in violation of Title 21 United States Code, Section 846, as charged in Count 1 of the 1st Superseding Indictment

**JUDGMENT AND PROBATION/COMMITMENT ORDER:**
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted.
IT IS ORDERED that the defendant shall pay to the United States a special assessment of $100.00, which is due immediately.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines and costs are waived as it is found that the defendant does not have the ability to pay a fine.

PURSUANT TO THE SENTENCING REFORM ACT OF 1984, IT IS ADJUDGED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **One Hundred Sixty Eight (168) months**.

IT IS FURTHER ADJUDGED that upon release from imprisonment, defendant shall be placed on supervised release for a term of five (5) years on the following terms and conditions: (1) defendant shall comply with the rules and regulations of the Probation Office and General Order 318; (2) defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer and shall abstain from using illicit drugs, using alcohol and abusing prescription medications during the period of supervision; and (3) during the period of community supervision defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment.

THE COURT RECOMMENDS that defendant be designated to a Southern California facility.

On the government's motion, Counts 2, 3 and 6, and the original indictment are ordered dismissed.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: U.S. District Judge  _/s/ Ronald S.W. Lew_
                                 RONALD S.W. LEW

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                                  Sherri R. Carter, Clerk

Dated/Filed: June 23, 2008                    By   Paul Songco
             Month / Day / Year                    Deputy Clerk

Page One of Two

United States District Court
Central District of California
***AMENDED JUDGMENT (original sentence date 01/08/2001)***

UNITED STATES OF AMERICA                    Docket No. CR 99-1168(A)-RSWL

vs

Defendant: **Devron Townsend; aka "Goldie"**        DATE:    06/23/08

| JUDGMENT AND PROBATION/COMMITMENT ORDER |
|---|

**CONTINUED FROM PAGE 1:**